# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
# CHARLESTON DIVISION

**DAVID WOOLSEY, individually**

    Plaintiff,

v.

                                                        **Civil Action No. 2:18-cv-00745**
                                                        **Hon. Thomas E. Johnston, Chief Judge**

**RICHARD OJEDA, individually**

    Defendant.

## DISMISSAL ORDER

**NOW COME** the parties, by counsel, and hereby represent to the Court that all matters in controversy between and among these parties have been fully settled and compromised. Plaintiff moves the Court to dismiss, with prejudice, all claims asserted by the Plaintiff against the Defendant.

It appearing to the Court proper to do so, it is **ORDERED** that the claims asserted by the Plaintiff against the Defendant in the above-styled action are hereby **DISMISSED, with prejudice**, and the parties shall bear their own attorney's fees and costs of action.

The Clerk is instructed to mail certified copies of this Order of Dismissal to all counsel.

ENTERED: This _____ day of _____, 2019.

                                                         _____
                                                         HON. THOMAS E. JOHNSTON
                                                         UNITED STATES DISTRICT JUDGE

Prepared by:

/s/ Caleb B. David
Lou Ann S. Cyrus, Esquire (WVSB # 6558)
Caleb B. David, Esquire (WVSB #12732)
Shuman, McCuskey & Slicer, PLLC
Post Office Box 3953
Charleston, WV 25339-3953
  *Counsel for the Defendant*

Reviewed and approved by:

/s/ John H. Bryan
John H. Bryan, Esquire (WVSB #10259)
John H. Bryan, Attorneys at Law
P.O. Box 366
Union, WV 24983
  *Counsel for the Plaintiff*